**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 467 EAL 2018

                 Respondent     :

                             :   Petition for Allowance of Appeal from

                             :   the Order of the Superior Court

               v.             :

                             :

CHARLES B. CARRINGTON,       :

                             :

               Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.